30 mins

DATE 7/7/10

BEFORE JUDGE Weinstein     AT 10:45 A.M/~~P.M.~~

C/R ~~or ECR~~ A. Fusolone     MAG. _____

## CIVIL CAUSE FOR MOTION HEARING

Docket Number CV10-44

Title: Demeatria Barnes vs. City of N.Y. et al
(Pltff.) (Deft.)     motion for dismissal of the complaint

Appearances: For Pltff. Michael Mangan

For Deft. Matthew Modafferi
Shawn Fabian

✓ Case called.
✓ Counsel for all sides present.
___ Counsel for _____ not present.
✓ Motion argued.     ___ Motion Granted     ✓ Motion Denied.
___ Decision reserved.
___ Order to be submitted by _____.
✓ Case adjourned to 9/30/10 for motion hearing
✓ Other jury trial 10/12/10.